IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BOBBY LAIRD**
**Reg. #12979-077**                                                                                              **PLAINTIFF**

**v.**                          **CASE NO. 2:13CV00119 BSM**

**UNITED STATES OF AMERICA**                                                     **DEFENDANT**

### ORDER

The recommended disposition filed by Magistrate Judge Beth Deere has been received, and no objections have been filed. The recommended disposition should be, and hereby is, approved and adopted in all respects. Defendant's motion for summary judgment [Doc. No. 22] is denied.

IT IS SO ORDERED this 22nd day of October 2014.

_____
UNITED STATES DISTRICT JUDGE

1